UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY D. SMITH, also known as
Anthony Blackshire,

    Petitioner,

v.

LEE RYKER,

    Respondent.

Case No. 05-cv-539-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Anthony D. Smith's **petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254** is denied, that judgment is entered in favor of respondent Lee Ryker and against petitioner Anthony D. Smith, and that this case is dismissed with prejudice.

**DATED:** January 23, 2009          **KEENAN G. CASADY, CLERK**

                                                         **s/Brenda K. Lowe**
                                                         **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**